Filed 4/30/14  In re A.A. CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| In re A.A., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE,  Plaintiff and Respondent,  v.  A.A.,  Defendant and Appellant. | E060238  (Super.Ct.No. INJ1100304)  **OPINION** |

APPEAL from the Superior Court of Riverside County.  William S. Lebov, Judge. (Retired judge of the Yolo Super. Ct. assigned by the Chief Justice pursuant to art. VI, § 6 of the Cal. Const.)  Affirmed.

Avatar Legal and Jason L. Jones, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

# I

## INTRODUCTION

On May 18, 2011, the People filed a petition in Riverside County charging minor and appellant, A. A., with misdemeanor possession of a knife on school grounds under Penal Code[1] section 626.10, subdivision (a). On June 29, 2011, minor admitted the allegation and was placed on informal probation under Welfare and Institutions Code section 654.2.

On November 21, 2011, the People filed a second petition charging minor with misdemeanor possession of a knife on school founds under section 626.10, subdivision (a), again. On December 7, 2011, minor's informal probation was revoked and minor admitted the allegations contained in both petitions. Minor was placed on six months of formal probation under Welfare and Institutions Code section 725. Moreover, the court imposed a restitution fine of $100.00.

On January 3, 2013, the People filed a third petition charging minor with misdemeanor shoplifting under section 490.5. On February 14, 2013, minor, now over 18 years of age, admitted the allegation. The court adjudged minor a ward and then immediately terminated the wardship.

On February 26, 2013, the People filed a fourth petition charging minor with felony possession of a stolen vehicle in violation of section 496d, subdivision (a). On

---

[1]     All statutory references are to the Penal Code unless otherwise indicated.

March 19, 2013, minor admitted the allegation. The court adjudged minor a ward and then immediately terminated the wardship.

On October 3, 2013, minor filed a petition for order to seal records under Welfare and Institutions Code section 781. After a hearing on the petition, the court denied the petition.

On December 13, 2013, minor filed his notice of appeal.

## II

## STATEMENT OF FACTS

The People filed four petitions against minor. As provided above, the first two petitions were for two separate instances of misdemeanor possession of a knife on school grounds in 2011. No further petitions were filed until after minor's term of formal probation expired.

In December of 2012, minor was caught attempting to steal cologne from Sears; this formed the basis of minor's third petition. In September 2012, minor's fourth petition involved his possession of a car that he knew to be stolen.

## III

## ANALYSIS

Minor appealed and, upon his request, this court appointed counsel to represent him. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case, a summary of the facts and potential arguable issues, and requesting this court conduct an independent review of the record.

3

We offered minor an opportunity to file a personal supplemental brief, but he has not done so.  Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have independently reviewed the record for potential error and find no arguable issues.

## IV

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RICHLI
                                                                      J.

We concur:


HOLLENHORST
          Acting P. J.


MILLER
                    J.